FILED
2019 Sep-30 AM 11:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

JET/JAB: October 2019
GJ# 50

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.** |
| ) | |
| **KELON RAEMON BROWN,** ) | |
| **Defendant** ) | |

## <u>INDICTMENT</u>

**<u>COUNT ONE</u>: [18 U.S.C. § 922(o)]**

The Grand Jury charges that:

On or about the 20th day of November, 2018, in Jefferson County, within the Northern District of Alabama, the Defendant,

**KELON RAEMON BROWN,**

did knowingly possess a machinegun, that is, a **Military Armament Corporation, Model Ingram M-10, .45 ACP caliber machinegun**, that is a firearm designed and manufactured to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o).

1

**COUNT TWO:  [26 U.S.C. § 5861(d)]**

The Grand Jury charges that:

On or about the 20th day of November, 2018, in Jefferson County, within the Northern District of Alabama, the Defendant,

**KELON RAEMON BROWN,**

did knowingly receive or possess a firearm, that is, a **Military Armament Corporation, Model Ingram M-10, .45 ACP caliber machinegun**, that is a firearm designed and manufactured to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger, and that was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

**NOTICE OF FORFEITURE**
**18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)**

1. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offenses charged in Counts One and Two of this Indictment for violation of 18 U.S.C. § 922(o) and 26 U.S.C. § 5861(d), respectively, the Defendant **KELON RAEMON BROWN** shall forfeit to the United States of

America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to, a **Military Armament Corporation, Model Ingram M-10, .45 ACP caliber machinegun, bearing serial number 1-3 003260, and any accompanying magazines and ammunition**.

A TRUE BILL


*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                  JAY E. TOWN
                                  United States Attorney


                                  */s/ Electronic Signature*
                                  ALAN BATY
                                  Assistant United States Attorney